# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For Revocation of Probation or Supervised Release) |
| V. | |
| SHOLANDA ROBERTS | Case Number: 8:03-cr-290-T-30EAJ<br>USM Number: 061489-004 |
| | Howard Anderson, pda.<br>Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ONE and TWO of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| ONE | Alleged new criminal conduct, Fraudulent Use of Personal Information, while on supervision in violation of the conditions of supervision (Grade B Violation) | November 4, 2005 |
| TWO | Failure to notify ten days prior to any change in residence in violation of Condition Six of the Standard Conditions of Supervision (Grade C Violation) | November 29, 2005 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s)_____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 23, 2010
Date of Imposition of Judgment

_JAMES S. MOODY, JR._
UNITED STATES DISTRICT JUDGE

23 March 2010
Date

DEFENDANT:     SHOLANDA ROBERTS            Judgment - Page __2__ of __2__
CASE NUMBER:   8:03-cr-290-T-30EAJ

## IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWENTY-FOUR (24) MONTHS.**

**Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    _____ at _____ a.m.  p.m. on _____.

    _____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    _____ before 2 p.m. on _____.

    _____ as notified by the United States Marshal.

    _____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL